NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEUTRAL TANDEM, INC.,**
*Plaintiff-Appellant,*

v.

**PEERLESS NETWORK, LLC, PEERLESS NETWORK OF ILLINOIS, LLC, AND JOHN BARNICLE,**
*Defendants-Cross Appellants.*

---

2011-1144, -1181

---

Appeals from the United States District Court for the Northern District of Illinois in case no. 08-CV-3402, Judge John W. Darrah.

---

## ON MOTION

---

## ORDER

The parties move for a 35-day extension of time, until April 8, 2011, for Neutral Tandem to file its initial brief, and for a 35-day extension of time, until May 18, 2011, for Peerless Network, LLC, et al. to file their initial brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 0 3 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John R. Harrington, Esq.
David Rene' Yohannan, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 03 2011

**JAN HORBALY**
**CLERK**